# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

MELISSA K. BRABSON,       )
                                )
          Plaintiff,       )
                                )
v.                             )     No. 3:14-CV-336
                                )     Phillips/Shirley
SEARS, ROEBUCK AND CO. and  )
TIM LOCKHART in his capacity as  )
Manager and individually,      )
                                )
         Defendants.     )

## ORDER

For the reasons set forth in the accompanying memorandum opinion, defendant Lockhart's first motion to dismiss [Doc. 4] is **DENIED as moot**; defendant Lockhart's second motion to dismiss [Doc. 13] is **DENIED**; defendant Sears, Roebuck and Co.'s partial motion to dismiss [Doc. 15] is **DENIED as moot**; and plaintiff's motion for voluntary nonsuit [Doc. 19] is **GRANTED**, whereby the following claims will be **DISMISSED without prejudice**: the retaliatory discharge claims against defendant Lockhart under the TPPA and the common law; the claims of negligent infliction of emotional distress against both defendants; and the claim of negligent delegation of duty to hire and train against Sears.

IT IS SO ORDERED.

                                    s/ Thomas W. Phillips
                                    SENIOR UNITED STATES DISTRICT JUDGE