# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee ▼

| | |
|---|---|
| Melissa K. Brabson <br> *Plaintiff* <br> v. <br> Sears, Roebuck & Co. <br> *Defendant* | ) ) ) ) ) ) Civil Action No. : 3:14-CV-336 |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   Billie Davis, 515 N. Houston Street, Maryville, TN 37801

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: Howard H. Baker, U.S. Courthouse (865) 545-4228 <br> 800 Market Street, Suite 130 <br> Knoxville, TN 37902 | Courtroom No.: Hon. Thomas W. Phillips <br> Date and Time: October 25-28, 2016 @ 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/3/16

*CLERK OF COURT*

OR _/s/ Katherine Young_

*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Melissa K. Brabson                       , who issues or requests this subpoena, are:

Young Law Office, P.C.           (865) 474-1284
6700 Baum Drive, Suite 7       katherine@younglawknoxville.com
Knoxville, TN 37919

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.:

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☒ I served the subpoena by delivering a copy to the named person as follows: by certified mail

on *(date)* 10/11/16 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ Fifty Nine Dollars + 44/100

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/14/16

Katherine A Young
attorney for Plaintiff
*Server's signature*

Link A. Gibbons (Attorney for Plaintiff)
*Printed name and title*

Law Office of Link A. Gibbons
P.O. Box 2248
Morristown, TN 37816
(423) 839-0990
*Server's address*

Additional information regarding attempted service, etc.:

See attached US mail receipt for certified delivery

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br>1. Article Addressed to:<br><br>Ms. Billie Davis<br>515 N. Houston Street<br>Maryville, TN 37801 | A. Signature<br>X *Billie J. Davis*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Billie J. Davis<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>OCT 11 |
| 9590 9403 0382 5163 1033 68 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>■ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ...ail<br>   ...ail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7012 3460 0001 8845 8993 | |
| PS Form 3811, April 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |