IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| **MELISSA K. BRABSON,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **SEARS, ROEBUCK AND CO.,** ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:14cv00336 <br><br> Judge Phillips <br><br> Magistrate Judge Shirley |

## JOINT STIPULATION OF DISMISSAL

It is stipulated and agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the Plaintiff's complaint should be dismissed with prejudice, with each party to pay its own costs, attorneys' fees, and expenses.

Respectfully submitted,

s/ J. Christopher Anderson
J. Christopher Anderson (Bar. No. 019279)
Rachel R. Rosenblatt (Bar No. 27501)
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
(615) 383-3033 (main)
(615) 383-3323 (fax)
ChrisAnderson@littler.com
RRosenblatt@littler.com

*Attorneys for Defendant Sears, Roebuck and Co.*

/s/ Katherine A. Young (with permission)
Katherine A. Young, BPR No. 017178
YOUNG LAW OFFICE, P.C.
6700 Baum Drive, Suite 7
Knoxville, Tennessee 37919
Telephone (865) 474-1284
Facsimile (615) 296-0379
Katherine@younglawknoxville.com

Link A. Gibbons, BPR No. 22799
LAW OFFICE OF LINK A. GIBBONS
P.O. Box 2248
Morristown, Tennessee 37816
Telephone (423) 839-0990
Link@linkgibbonslaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served via the Court's CM/ECF system upon the following:

Katherine A. Young
Young Law Office, P.C.
6700 Baum Drive, Suite 7
Knoxville, TN 37919
Katherine@younglawknoxville.com

Link A. Gibbons
Law Office of Link A. Gibbons
P.O. Box 2248
Morristown, TN 37816
Link@linkgibbonslaw.com

on this the 12th day of April, 2017.

s/ J. Christopher Anderson
J. Christopher Anderson

2